[No. 73663-9-I.   Division One.   March 28, 2016.]

MORPHO DETECTION, INC., *Respondent*, v THE DEPARTMENT OF REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-01758-9, Christine Schaller, J., entered August 21, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Leach and Trickey, JJ. Now published at 194 Wn. App. 17.

[No. 74133-1-I.   Division One.   March 28, 2016.]

BARRY E. NILSEN, *Appellant*, v. QUALITY LOAN SERVICING CORPORATION OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-08028-5, Susan Serko, J., entered October 10, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Becker and Dwyer, JJ.

[No. 46110-2-II.   Division Two.   March 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD LEMAR JUNTUNEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00473-5, Richard L. Brosey, J., entered March 27, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 46359-8-II.   Division Two.   March 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JOE SEVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-02077-9, John R. Hickman, J., entered June 6, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Sutton, J.